IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JONATHAN N. HOLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3013 |
| | ) | |
| V. | ) | |
| | ) | |
| J.M. HOLLISTER, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The motion for an order withdrawing Allen M. Tate as counsel for defendant, filing 26, is granted. The clerk shall delete Allen M. Tate from any future ECF notifications herein.

Robert B. Evnen, and the law firm of Woods & Aitken, LLP, remain counsel of record for defendant J.M. Hollister, LLC.

DATED this 2nd day of September, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge