IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MR. JONATHAN N. HOLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3013 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| J.M. HOLLISTER, LLC, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff's counsel has filed a motion (filing 32) for a 30-day extension of time to reply to Defendant's motion for summary judgment (filing 28). Defendant objects to the requested extension of time because the motion is untimely and fails to show good cause—or any cause—for the extension. *See* Fed. R. Civ. P. 6. Because Defendant's objections are well-taken, I shall only partially grant Plaintiff's motion for an extension of time.

IT IS ORDERED:

1. Plaintiff's Motion for Enlargement of Time (filing 32) is granted in part, and Plaintiff shall respond to Defendant's motion for summary judgment (filing 28) on or before October 21, 2008. The motion is otherwise denied.

2. The Clerk of the United States District Court for the District of Nebraska shall adjust the court's internal computerized record-keeping system to reflect that Defendant's motion for summary judgment (filing 28) is ripe for disposition on October 22, 2008.

DATED this 14th day of October, 2008.

                                              BY THE COURT:
                                              s/ *Richard G. Kopf*
                                              United States District Judge