IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JONATHAN N. HOLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3013 |
| | ) | |
| v. | ) | |
| | ) | |
| J.M. HOLLISTER, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to withdraw attorney Stacia Marie Jones as counsel of record for defendant, filing 43, is granted.

DATED this 3rd day of November, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge