# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JONATHAN N. HOLLINS, | ) | 4:08CV3013 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| J.M. HOLLISTER, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

In this case one or more motions in limine have been filed.  It appears that the court should defer consideration of such motions until at or about time of trial, unless some reason is shown why earlier consideration is warranted.  Accordingly,

IT IS ORDERED that the motion in limine (filing 49) shall be held in abeyance and not considered until the first day of trial during the pretrial conference which will be held in chambers immediately prior to trial, unless a party shall show cause, within five working days of this order, why such deferral would be inappropriate.

December 11, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge
