# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JONATHAN N. HOLLINS, | ) | 4:08CV3013 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| J.M. HOLLISTER, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the findings of fact and conclusions of law recited into the record this date, judgment is hereby entered providing that the plaintiff shall take nothing from the defendant and the plaintiff's complaint is dismissed with prejudice.

DATED this 13th day of May, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge